**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF CALIFORNIA

Case number *(if known)* ______ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **BigTime Housing, LLC** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **82-2716587** |
| **4.** | **Debtor's address** | **Principal place of business**<br>**8698 Elk Grove Blvd, Suite #1-304**<br>**Elk Grove, CA 95624**<br>Number, Street, City, State & ZIP Code<br>**Sacramento**<br>County<br><br>**Mailing address, if different from principal place of business**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor **BigTime Housing, LLC**
Name

Case number (*if known*)

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**5311**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☐ No.
- ■ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | **Eastern District of California, Sacramento Division** | When | **1/08/26** | Case number | **2026-20091-C-11** |
| District | | When | | Case number | |

Debtor **BigTime Housing, LLC** Case number (*if known*)
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor ______ Relationship ______
District ______ When ______ Case number, if known ______

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency ______
Contact name ______
Phone ______

## Statistical and administrative information

**13. Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 17, 2026**
MM / DD / YYYY

*X* **/s/ Enoch Duplechan**
Signature of authorized representative of debtor

**Enoch Duplechan**
Printed name

Title **Managing member**

**18. Signature of attorney**

*X* **/s/ Gabriel E. Liberman**
Signature of attorney for debtor

Date **February 17, 2026**
MM / DD / YYYY

**Gabriel E. Liberman**
Printed name

**Law Offices of Gabriel Liberman, APC**
Firm name

**1545 River Park Drive., STE 530**
**Sacramento, CA 95815**
Number, Street, City, State & ZIP Code

Contact phone **916-485-1111** Email address **attorney@4851111.com**

**303010 CA**
Bar number and State

In re **BigTime Housing, LLC** Case No. ______
Debtor(s)

## FORM 1. VOLUNTARY PETITION
**Attachment A**

## RESOLUTION TO FILE CHAPTER 11 BANKRUPTCY
## of BIGTIME HOUSING, LLC

WHEREAS, BigTime Housing, LLC a California limited liability corporation (the "Corporation") is insolvent and unable to pay its debts when due, and WHEREAS, the Corporation and its creditors would best be served by reorganization of the Corporation under Chapter 11 of the Bankruptcy Code, be it:

*RESOLVED, that the Corporation file as soon as practicable for reorganization pursuant to Chapter 11 of the Bankruptcy Code*.

The undersigned hereby certifies that they are the designated party per the operating agreement pursuant to the laws of the state of California and that the foregoing is a true record of a resolution duly adopted at an board meeting and that said meeting was held in accordance with state law and the Corporation's operating agreement of the above-named Corporation and that said resolution is now in full force and effect without modification or rescission.

IN WITNESS WHEREOF, We have subscribed our names to this document on this 8th day of January in the year 2026.

Signature: /s/ Enoch Duplechan

Print Name: Enoch Duplechan

Title: Managing member

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **BigTime Housing, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Andrelle Russell 7720 TELFER WAY Sacramento, CA 95828** | | **Rental deposit** | | | | **$2,775.00** |
| **Angela Harris 4532 Greenholme Drive Sacramento, CA 95842** | | **Rental deposit** | | | | **$3,850.00** |
| **Bruce & Marjie Fields 8578 Fairmont Circle Fair Oaks, CA 95628** | | **Rental deposit** | | | | **$2,785.00** |
| **Christina Cruz 7686 TIERRA EAST WAY Sacramento, CA 95828** | | **Rental deposit** | | | | **$2,675.00** |
| **Donelia Holiday 6940 Flamingo Way Sacramento, CA 95828** | | **Rental deposit** | | | | **$2,850.00** |
| **Ducia Watson 11739 KOUROS Way Rancho Cordova, CA 95742** | | **Rental deposit** | | | | **$7,000.00** |
| **Erasmos Manjolo and Linda Truwa 8578 Fairmont Circle Fair Oaks, CA 95628** | | **Rental deposit** | | | | **$2,850.00** |
| **Jessica Herrera 5624 MANMAR Way Sacramento, CA 95823** | | **Rental deposit** | | | | **$2,300.00** |

Debtor **BigTime Housing, LLC** Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Lotini & Tautala Malimali 2316 RAY STREET Sacramento, CA 95815** | | **Rental deposit** | | | | **$3,250.00** |
| **Michael Rushdan 3065 Montgomery Way Sacramento, CA 95817** | | **Rental deposit** | | | | **$6,200.00** |
| **Mona Isaac 3060 31st Street Sacramento, CA 95817** | | **Rental deposit** | | | | **$3,250.00** |
| **Mone Isaac 3702 M.L.K. Jr Blvd Sacramento, CA 95820** | | **Rental deposit** | | | | **$5,000.00** |
| **Omar Magana 5826 42nd Street Sacramento, CA 95824** | | **Rental deposit** | | | | **$5,500.00** |
| **Robert Flores and Vida Lovato 5830 42nd Street Sacramento, CA 95824** | | **Rental deposit** | | | | **$2,850.00** |
| **Scott Peebles 3628 Ripley Street Sacramento, CA 95838** | | **Rental deposit** | | | | **$2,100.00** |
| **Tatyana Sibareva 5860 Wallace Avenue Sacramento, CA 95824** | | **Rental deposit** | | | | **$1,650.00** |
| **Taza Gul Pashai 7763 ROBINETTE ROAD Sacramento, CA 95828** | | **Rental deposit** | | | | **$5,300.00** |
| **Troy Lillich 9425 S Wales Way Elk Grove, CA 95758** | | **Rental deposit** | | | | **$7,500.00** |
| **Tyrone Hopskins 6585 RANCHO PICO WAY Sacramento, CA 95828** | | **Rental deposit** | | | | **$5,800.00** |

Debtor **BigTime Housing, LLC**
Name

Case number *(if known)*

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **United States Attorney For U.S. Small Business Administration 501 I Street, Suite 10-100 Sacramento, CA 95814** | | **All personal property under section 697.530 of the CCP** | | **$150,005.00** | **$0.00** | **$150,005.00** |

**Fill in this information to identify the case:**

Debtor name **BigTime Housing, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.......... $ **17,455,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.......... $ **88,133.32**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.......... $ **1,833,633.82**

**Part 2: Summary of Liabilities**

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.......... $ **8,718,605.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......... $ **82,785.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......... +$ **0.00**

4. **Total liabilities** ..........
   Lines 2 + 3a + 3b $ **8,801,390.00**

# United States Bankruptcy Court
## Eastern District of California

In re **BigTime Housing, LLC** Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Enoch Duplechan**<br>**8698 Elk Grove Blvd, Suite #1-304**<br>**Elk Grove, CA 95624** | | **100%** | **Membership interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **February 17, 2026**

Signature **/s/ Enoch Duplechan**
**Enoch Duplechan**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

U.S.D.O.J. - Office of the U.S. Trustee
Eastern District of CA / Sacramento
Robert T. Matsui U.S. Courthouse
501 "I" St., 7th Floor, Room 7-500
Sacramento, CA 95814

BigTime Housing, LLC
8698 Elk Grove Blvd, Suite #1-304
Elk Grove, CA 95624

Andrelle Russell
7720 TELFER WAY
Sacramento, CA 95828

Angela Harris
4532 Greenholme Drive
Sacramento, CA 95842

Bridgette Williams
7401 Auburn Oaks Court
Citrus Heights, CA 95621

Bruce & Marjie Fields
8578 Fairmont Circle
Fair Oaks, CA 95628

Christina Cruz
7686 TIERRA EAST WAY
Sacramento, CA 95828

Deborah Figueroa
5352 LANCASTER Road
Lakeport, CA 95453

Doina Bilauca
6852 Cunningham Way
Sacramento, CA 95828

Donelia Holiday
6940 Flamingo Way
Sacramento, CA 95828

Ducia Watson
11739 KOUROS Way
Rancho Cordova, CA 95742

Elaine Breitzke
5860 Wallace Avenue
Sacramento, CA 95824

Enoch Duplechan
8698 Elk Grove Blvd, Suite #1-304
Elk Grove, CA 95624

Erasmos Manjolo and Linda Truwa
8578 Fairmont Circle
Fair Oaks, CA 95628

FCI Lender Services
P O Box 27370
Anaheim, CA 92809

Forbix Capital Corporation
24151 Ventura Blvd Suite 210
Calabasas, CA 91302

Franchise Tax Board
Bankruptcy Section
P.O. Box 2952 MSA - 340
Sacramento, CA 95812

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jacqueline LaSalle
7000 REMO WAY
Sacramento, CA 95822

Jeremy Dean and Laura Jaster
10828 SCOTSMAN WAY
Rancho Cordova, CA 95670

Jessica Herrera
5624 MANMAR Way
Sacramento, CA 95823

Lotini & Tautala Malimali
2316 RAY STREET
Sacramento, CA 95815

Michael Rushdan
3065 Montgomery Way
Sacramento, CA 95817

Mona Isaac
3060 31st Street
Sacramento, CA 95817

Mone Isaac
3702 M.L.K. Jr Blvd
Sacramento, CA 95820

Olga
8801 FAIR OAKS Blvd
Carmichael, CA 95608

Omar Magana
5826 42nd Street
Sacramento, CA 95824

Pedro Garica
4948 LIONGATE WAY
Sacramento, CA 95828

Phyllis Mason
5828 42nd Street
Sacramento, CA 95824

Robert Flores and Vida Lovato
5830 42nd Street
Sacramento, CA 95824

Sacramento County Property Tax
700 H Street
Sacramento, CA 95814

Scott Peebles
3628 Ripley Street
Sacramento, CA 95838

Scott Sackett
Fiduciary Management Technologies, Inc.
4030 South Land Park Drive, Ste C
Sacramento, CA 95822

Secret Valdovinos
4141 Big Meadow Way
Citrus Heights, CA 95621

Shellpoint Mortgage Servicing
PO Box 740039
Cincinnati, OH 45274-0039

Sherri Evans
3624 RIPLEY Street
Sacramento, CA 95838

Susanville R. E.
615 WILLOW STREET
Susanville, CA 96130

Tatyana Sibareva
5860 Wallace Avenue
Sacramento, CA 95824

Taza Gul Pashai
7763 ROBINETTE ROAD
Sacramento, CA 95828

Troy Lillich
9425 S Wales Way
Elk Grove, CA 95758

Tyrone Hopskins
6585 RANCHO PICO WAY
Sacramento, CA 95828

United States Attorney
For U.S. Small Business Administration
501 I Street, Suite 10-100
Sacramento, CA 95814

# United States Bankruptcy Court
## Eastern District of California

In re **BigTime Housing, LLC** Debtor(s)

Case No.
Chapter **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **BigTime Housing, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 17, 2026**
Date

**/s/ Gabriel E. Liberman**
**Gabriel E. Liberman**
Signature of Attorney or Litigant
Counsel for **BigTime Housing, LLC**

**Law Offices of Gabriel Liberman, APC**
**1545 River Park Drive., STE 530**
**Sacramento, CA 95815**
**916-485-1111 Fax:916-485-1111**
**attorney@4851111.com**