**Fill in this information to identify the case:**

Debtor name **BigTime Housing, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known) **2026-20848**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■ *Schedule H: Codebtors* (Official Form 206H)
■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 19, 2026**

X **/s/ Enoch Duplechan**
Signature of individual signing on behalf of debtor

**Enoch Duplechan**
Printed name

**Managing member**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **BigTime Housing, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | **2026-20848** |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Andrelle Russell 7720 TELFER WAY Sacramento, CA 95828** | | **Rental deposit** | | | | **$2,775.00** |
| **Angela Harris 4532 Greenholme Drive Sacramento, CA 95842** | | **Rental deposit** | | | | **$3,850.00** |
| **Bruce & Marjie Fields 8578 Fairmont Circle Fair Oaks, CA 95628** | | **Rental deposit** | | | | **$2,785.00** |
| **Christina Cruz 7686 TIERRA EAST WAY Sacramento, CA 95828** | | **Rental deposit** | | | | **$2,675.00** |
| **Donelia Holiday 6940 Flamingo Way Sacramento, CA 95828** | | **Rental deposit** | | | | **$2,850.00** |
| **Ducia Watson 11739 KOUROS Way Rancho Cordova, CA 95742** | | **Rental deposit** | | | | **$7,000.00** |
| **Erasmos Manjolo and Linda Truwa 8578 Fairmont Circle Fair Oaks, CA 95628** | | **Rental deposit** | | | | **$2,850.00** |
| **Jessica Herrera 5624 MANMAR Way Sacramento, CA 95823** | | **Rental deposit** | | | | **$2,300.00** |

Debtor **BigTime Housing, LLC** Case number *(if known)* **2026-20848**
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Lotini & Tautala Malimali 2316 RAY STREET Sacramento, CA 95815** | | **Rental deposit** | | | | **$3,250.00** |
| **Michael Rushdan 3065 Montgomery Way Sacramento, CA 95817** | | **Rental deposit** | | | | **$6,200.00** |
| **Mona Isaac 3060 31st Street Sacramento, CA 95817** | | **Rental deposit** | | | | **$3,250.00** |
| **Mone Isaac 3702 M.L.K. Jr Blvd Sacramento, CA 95820** | | **Rental deposit** | | | | **$5,000.00** |
| **Omar Magana 5826 42nd Street Sacramento, CA 95824** | | **Rental deposit** | | | | **$5,500.00** |
| **Robert Flores and Vida Lovato 5830 42nd Street Sacramento, CA 95824** | | **Rental deposit** | | | | **$2,850.00** |
| **Scott Peebles 3628 Ripley Street Sacramento, CA 95838** | | **Rental deposit** | | | | **$2,100.00** |
| **Tatyana Sibareva 5860 Wallace Avenue Sacramento, CA 95824** | | **Rental deposit** | | | | **$1,650.00** |
| **Taza Gul Pashai 7763 ROBINETTE ROAD Sacramento, CA 95828** | | **Rental deposit** | | | | **$5,300.00** |
| **Troy Lillich 9425 S Wales Way Elk Grove, CA 95758** | | **Rental deposit** | | | | **$7,500.00** |
| **Tyrone Hopskins 6585 RANCHO PICO WAY Sacramento, CA 95828** | | **Rental deposit** | | | | **$5,800.00** |

Debtor **BigTime Housing, LLC** Case number *(if known)* **2026-20848**
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| United States Attorney<br>For U.S. Small Business Administration<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814 | | All personal property under section 697.530 of the CCP | | $150,005.00 | $0.00 | $150,005.00 |

**Fill in this information to identify the case:**

Debtor name **BigTime Housing, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known) **2026-20848**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*. | $ | **17,455,000.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*. | $ | **88,133.82** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*. | $ | **17,543,133.82** |

**Part 2: Summary of Liabilities**

| | | |
|---|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*. | $ | **8,718,605.00** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | | |
| **3a. Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*. | $ | **82,785.00** |
| **3b. Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*. | +$ | **0.00** |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ | **8,801,390.00** |

**Fill in this information to identify the case:**

Debtor name **BigTime Housing, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known) **2026-20848**

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
|---|---|---|---|
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*<br>Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. **Wells Fargo Bank, N.A.** | **Business Checking** | **4585** | **$3,500.00** |
| 3.2. **Wells Fargo Bank, N.A.** | **Business Checking** | **6259** | **$44,633.82** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** **$48,133.82**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.

☐ Yes Fill in the information below.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less: **40,000.00** (face amount) - **0.00** (doubtful or uncollectible accounts) = .... **$40,000.00**

12. **Total of Part 3.** **$40,000.00**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4: Investments

13. **Does the debtor own any investments?**

- ■ No. Go to Part 5.
- ☐ Yes Fill in the information below.

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

- ■ No. Go to Part 6.
- ☐ Yes Fill in the information below.

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No. Go to Part 7.
- ☐ Yes Fill in the information below.

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ■ No. Go to Part 8.
- ☐ Yes Fill in the information below.

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

- ■ No. Go to Part 9.
- ☐ Yes Fill in the information below.

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

- ☐ No. Go to Part 10.
- ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|

Debtor **BigTime Housing, LLC** Case number *(If known)* **2026-20848**
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.1. | **9425 S Wales Way, Elk Grove, CA 95758 APN: 119-0181-004-0000 Single Family Residence** | **Fee simple** | **$0.00** | **Comparable sale** | **$3,000,000.00** |
| 55.2. | **4141 Big Meadow Way, Rancho Cordova, CA 95742 APN: 670-870-010-0000 Single Family Residence** | **Fee simple** | **$0.00** | **Comparable sale** | **$615,000.00** |
| 55.3. | **11739 Kouros Way, Rancho Cordova APN: 670-560-070-0000 Single Family Residence** | **Fee simple** | **$0.00** | **Comparable sale** | **$615,000.00** |
| 55.4. | **3702 M.L.K. BLVD, Sacramento, CA 95820 APN: 200-033-010-0000 Single Family Residence** | **Fee simple** | **$0.00** | **Comparable sale** | **$500,000.00** |
| 55.5. | **5830 42nd Street, Sacramento, CA 95824 5828 42nd Street, Sacramento, CA 95824 5826 42nd Street, Sacramento, CA 95824 APN: 260-131-005-0000 Three Single Family Residences** | **Fee simple** | **$0.00** | **Comparable sale** | **$900,000.00** |
| 55.6. | **8801 Fair Oaks Blvd, Sacramento, CA 95608 Single Family Residences** | **Fee simple** | **$0.00** | **Comparable sale** | **$800,000.00** |

Debtor **BigTime Housing, LLC** Case number *(If known)* **2026-20848**
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.7. | **5860 Wallace Ave, Sacramento, CA 95824<br>5870 Wallace Ave, Sacramento, CA 95824<br><br>APN: 260-131-005-0000<br>Two Duplexes** | **Fee simple** | **$0.00** | **Comparable sale** | **$650,000.00** |
| 55.8. | **2112 57th Avenue, Sacramento, CA 95822<br>Duplex** | **Fee simple** | **$0.00** | **Comparable sale** | **$575,000.00** |
| 55.9. | **6585 Rancho Pico, Sacramento CA 95828<br>APN: 400-260-002-0000<br>Single Family Residence** | **Fee simple** | **$0.00** | **Comparable sale** | **$425,000.00** |
| 55.10. | **3624 Ripley Street, Sacramento, CA 95838<br>3628 Ripley Street, Sacramento, CA 95838<br><br>APN: 252-0202-018-0000<br>Two Duplexes** | **Fee simple** | **$0.00** | **Comparable sale** | **$550,000.00** |
| 55.11. | **6852 Cunningham Way, Sacramento, CA 95828<br>APN: 400-161-013-0000<br>Single Family Residence** | **Fee simple** | **$0.00** | **Comparable sale** | **$400,000.00** |
| 55.12. | **6920 Calvine Road, Sacramento, CA 95823<br>APN: 117-0340-087-0000<br>Single Family Residence** | **Fee simple** | **$0.00** | **Comparable sale** | **$475,000.00** |

| | | | | | |
|---|---|---|---|---|---|
| 55.13. | 4948 Lion Gate Way, Sacramento, CA 95823 APN: 117-0612-010-0000 Single Family Residence | Fee simple | $0.00 | Comparable sale | $475,000.00 |
| 55.14. | 615 Willow Street, Susanville, CA 96130 APN: 117-0612-010-0000 Single Family Residence | Fee simple | $0.00 | Comparable sale | $250,000.00 |
| 55.15. | 7401 Auburn Oaks, Citrus Heights, CA 95621 APN: 204-0610-032-0012 Condominium | Fee simple | $0.00 | Comparable sale | $350,000.00 |
| 55.16. | 3065 Montgomery Way, Sacramento CA 95817 APN: 013-0241-033-0000 Duplex | Fee simple | $0.00 | Comparable sale | $1,150,000.00 |
| 55.17. | 3673 Wings Way, Sacramento CA 95660 APN: 218-0271-006-0000 Single Family Residence | Fee simple | $0.00 | Comparable sale | $425,000.00 |
| 55.18. | 2316 Wings Way, Sacramento CA 95660 APN: 277-0121-013-0000 Single Family Residence | Fee simple | $0.00 | Comparable sale | $500,000.00 |
| 55.19. | 8608 Cassieri Circle Sacramento CA 95828 APN: 650-250-044-0000 Single Family Residence | Fee simple | $0.00 | Comparable sale | $575,000.00 |

| | | | | | |
|---|---|---|---|---|---|
| 55.20. | **7720 Telfer Way, Sacramento CA 95823 APN: 118-0201-003-0000 Single Family Residence** | **Fee simple** | **$0.00** | **Comparable sale** | **$425,000.00** |
| 55.21. | **5624 Manmar Way, Sacramento CA 95623 APN: 390-122-002-0000 Single Family Residence** | **Fee simple** | **$0.00** | **Comparable sale** | **$375,000.00** |
| 55.22. | **5352 Lancaster Road, Sacramento CA 95453 APN: 029-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 Single Family Residence** | **Fee simple** | **$0.00** | **Comparable sale** | **$350,000.00** |
| 55.23. | **7763 Robinette Road, Sacramento CA 95828 APN: 115-0570-105-0000 Single Family Residence** | **Fee simple** | **$0.00** | **Comparable sale** | **$475,000.00** |
| 55.24. | **6940 Flamingo Way, Sacramento CA 95828 APN: 510-282-004-0000 Single Family Residence** | **Fee simple** | **$0.00** | **Comparable sale** | **$425,000.00** |
| 55.25. | **7686 Tierra East Way, Sacramento CA 95828 APN: 430-252-002-0000 Single Family Residence** | **Fee simple** | **$0.00** | **Comparable sale** | **$435,000.00** |
| 55.26. | **8578 Fairmont Circle, Sacramento CA 95628 APN: 253-0273-008-0000 Single Family Residence** | **Fee simple** | **$0.00** | **Comparable sale** | **$500,000.00** |

| | | | | | |
|---|---|---|---|---|---|
| 55.27. | **3157 Bridgeford Drive, Sacramento CA 95833 APN: 225-0307-002-0000 Single Family Residence** | **Fee simple** | **$0.00** | **Comparable sale** | **$550,000.00** |
| 55.28. | **10828 Scotsman Way, Rancho Cordova, CA 95742 APN: 580-044-015-0000 Single Family Residence** | **Fee simple** | **$0.00** | **Comparable sale** | **$435,000.00** |
| 55.29. | **4532 Greenholme, Sacramento CA 95842 APN: 220-0352-009-0001 Condominium** | **Fee simple** | **$0.00** | **Comparable sale** | **$255,000.00** |

56. **Total of Part 9.** **$17,455,000.00**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor **BigTime Housing, LLC**
Name

Case number *(If known)* **2026-20848**

**Part 12: Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | | Current value of real property |
|---|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$48,133.82** | | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$40,000.00** | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$0.00** | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | | |
| 88. | **Real property.** *Copy line 56, Part 9*.........................................................................................> | | | **$17,455,000.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$88,133.82** | + 91b. | **$17,455,000.00** |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | | **$17,543,133.82** |

**Fill in this information to identify the case:**

Debtor name **BigTime Housing, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known) **2026-20848**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|
| 2.1 **FCI Lender Services** | **$1,700,000.00** | **$3,000,000.00** |
| 2.2 **Forbix Capital Corporation** | **$500,000.00** | **$800,000.00** |

**2.1 FCI Lender Services**
Creditor's Name

**P O Box 27370**
**Anaheim, CA 92809**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**1840**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**9425 S Wales Way, Elk Grove, CA 95758**
**APN: 119-0181-004-0000**
**Single Family Residence**

**Describe the lien**
**First Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2 Forbix Capital Corporation**
Creditor's Name

**24151 Ventura Blvd Suite 210**
**Calabasas, CA 91302**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**785**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**8801 Fair Oaks Blvd, Sacramento, CA 95608**
**Single Family Residences**

**Describe the lien**
**First Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Debtor **BigTime Housing, LLC** Case number (if known) **2026-20848**
Name

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.3 **Sacramento County Property Tax**
Creditor's Name

**700 H Street**
**Sacramento, CA 95814**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**For Notice Purposes Only**

**Describe the lien**
**Property Taxes**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **$0.00**

---

2.4 **Shellpoint Mortgage Servicing**
Creditor's Name

**PO Box 740039**
**Cincinnati, OH 45274-0039**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**4185**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**4141 Big Meadow Way, Rancho Cordova, CA 95742**
**APN: 670-870-010-0000**
**Single Family Residence**

**Describe the lien**
**First Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$400,000.00** **$615,000.00**

---

2.5 **Shellpoint Mortgage Servicing**
Creditor's Name

**PO Box 740039**
**Cincinnati, OH 45274-0039**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**11739 Kouros Way, Rancho Cordova**
**APN: 670-560-070-0000**
**Single Family Residence**

**Describe the lien**

**$470,000.00** **$615,000.00**

**First Deed of Trust**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**3880**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.6 **Shellpoint Mortgage Servicing**
Creditor's Name

**PO Box 740039**
**Cincinnati, OH 45274-0039**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**3702 M.L.K. BLVD, Sacramento, CA 95820**
**APN: 200-033-010-0000**
**Single Family Residence**

**$245,000.00** **$500,000.00**

**Describe the lien**
**First Deed of Trust**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**3896**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.7 **Shellpoint Mortgage Servicing**
Creditor's Name

**Describe debtor's property that is subject to a lien**
**5830 42nd Street, Sacramento, CA 95824**
**5828 42nd Street, Sacramento, CA 95824**
**5826 42nd Street, Sacramento, CA 95824**

**APN: 260-131-005-0000**
**Three Single Family Residences**

**$300,000.00** **$900,000.00**

**PO Box 740039**
**Cincinnati, OH 45274-0039**
Creditor's mailing address

**Describe the lien**
**First Deed of Trust**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0457**

Debtor **BigTime Housing, LLC** Case number (if known) **2026-20848**
Name

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.8 **Shellpoint Mortgage Servicing**
Creditor's Name

**PO Box 740039**
**Cincinnati, OH 45274-0039**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0457**

**Describe debtor's property that is subject to a lien**
**5860 Wallace Ave, Sacramento, CA 95824**
**5870 Wallace Ave, Sacramento, CA 95824**

**APN: 260-131-005-0000**
**Two Duplexes**

**$250,000.00** **$650,000.00**

**Describe the lien**
**First Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.9 **Shellpoint Mortgage Servicing**
Creditor's Name

**PO Box 740039**
**Cincinnati, OH 45274-0039**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0457**

**Describe debtor's property that is subject to a lien**
**2112 57th Avenue, Sacramento, CA 95822**
**Duplex**

**$240,000.00** **$575,000.00**

**Describe the lien**
**First Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.10 **Shellpoint Mortgage Servicing**

**Describe debtor's property that is subject to a lien**

**$180,000.00** **$425,000.00**

Debtor **BigTime Housing, LLC** Case number (if known) **2026-20848**
Name

Creditor's Name

**PO Box 740039**
**Cincinnati, OH 45274-0039**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0457**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**6585 Rancho Pico, Sacramento CA 95828**
**APN: 400-260-002-0000**
**Single Family Residence**

**Describe the lien**
**First Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.11 **Shellpoint Mortgage Servicing**
Creditor's Name

**PO Box 740039**
**Cincinnati, OH 45274-0039**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0457**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**3624 Ripley Street, Sacramento, CA 95838**
**3628 Ripley Street, Sacramento, CA 95838**

**APN: 252-0202-018-0000**
**Two Duplexes**

**$200,000.00** **$550,000.00**

**Describe the lien**
**First Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.12 **Shellpoint Mortgage Servicing**
Creditor's Name

**PO Box 740039**
**Cincinnati, OH 45274-0039**
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**6852 Cunningham Way, Sacramento, CA 95828**
**APN: 400-161-013-0000**
**Single Family Residence**

**$140,000.00** **$400,000.00**

**Describe the lien**
**First Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0457**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.13 **Shellpoint Mortgage Servicing**
Creditor's Name

**PO Box 740039**
**Cincinnati, OH 45274-0039**
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**6920 Calvine Road, Sacramento, CA 95823**
**APN: 117-0340-087-0000**
**Single Family Residence**

**$152,000.00** **$475,000.00**

**Describe the lien**
**First Deed of Trust**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0457**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.14 **Shellpoint Mortgage Servicing**
Creditor's Name

**PO Box 740039**
**Cincinnati, OH 45274-0039**
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**4948 Lion Gate Way, Sacramento, CA 95823**
**APN: 117-0612-010-0000**
**Single Family Residence**

**$120,000.00** **$475,000.00**

**Describe the lien**
**First Deed of Trust**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0457**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

2.15 **Shellpoint Mortgage Servicing**
Creditor's Name

**PO Box 740039**
**Cincinnati, OH 45274-0039**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0457**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**615 Willow Street, Susanville, CA 96130**
**APN: 117-0612-010-0000**
**Single Family Residence**

**Describe the lien**
**First Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$75,000.00** **$250,000.00**

---

2.16 **Shellpoint Mortgage Servicing**
Creditor's Name

**PO Box 740039**
**Cincinnati, OH 45274-0039**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0457**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**7401 Auburn Oaks, Citrus Heights, CA 95621**
**APN: 204-0610-032-0012**
**Condominium**

**Describe the lien**
**First Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$125,000.00** **$350,000.00**

---

2.17 **Shellpoint Mortgage Servicing**
Creditor's Name

**PO Box 740039**
**Cincinnati, OH 45274-0039**
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**3065 Montgomery Way, Sacramento CA 95817**
**APN: 013-0241-033-0000**
**Duplex**

**Describe the lien**
**First Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**

**$450,000.00** **$1,150,000.00**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0816**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.18 **Shellpoint Mortgage Servicing**
Creditor's Name

**PO Box 740039**
**Cincinnati, OH 45274-0039**
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**3673 Wings Way, Sacramento CA 95660**
**APN: 218-0271-006-0000**
**Single Family Residence**

**$165,000.00** **$425,000.00**

**Describe the lien**
**First Deed of Trust**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0816**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.19 **Shellpoint Mortgage Servicing**
Creditor's Name

**PO Box 740039**
**Cincinnati, OH 45274-0039**
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**2316 Wings Way, Sacramento CA 95660**
**APN: 277-0121-013-0000**
**Single Family Residence**

**$225,000.00** **$500,000.00**

**Describe the lien**
**First Deed of Trust**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0816**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor **BigTime Housing, LLC** Case number (if known) **2026-20848**
Name

2.20 **Shellpoint Mortgage Servicing**
Creditor's Name

**PO Box 740039**
**Cincinnati, OH 45274-0039**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0816**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**8608 Cassieri Circle Sacramento CA 95828**
**APN: 650-250-044-0000**
**Single Family Residence**

**Describe the lien**
**First Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$280,000.00** **$575,000.00**

---

2.21 **Shellpoint Mortgage Servicing**
Creditor's Name

**PO Box 740039**
**Cincinnati, OH 45274-0039**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0816**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**7720 Telfer Way, Sacramento CA 95823**
**APN: 118-0201-003-0000**
**Single Family Residence**

**Describe the lien**
**First Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$240,000.00** **$425,000.00**

---

2.22 **Shellpoint Mortgage Servicing**
Creditor's Name

**PO Box 740039**
**Cincinnati, OH 45274-0039**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**
**5624 Manmar Way, Sacramento CA 95623**
**APN: 390-122-002-0000**
**Single Family Residence**

**Describe the lien**
**First Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No

**$200,000.00** **$375,000.00**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0816**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.23 **Shellpoint Mortgage Servicing**
Creditor's Name

**PO Box 740039**
**Cincinnati, OH 45274-0039**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0816**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**5352 Lancaster Road, Sacramento CA 95453**
**APN: 029-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**
**Single Family Residence**

**$197,000.00** **$350,000.00**

**Describe the lien**
**First Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.24 **Shellpoint Mortgage Servicing**
Creditor's Name

**PO Box 740039**
**Cincinnati, OH 45274-0039**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0382**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**7763 Robinette Road, Sacramento CA 95828**
**APN: 115-0570-105-0000**
**Single Family Residence**

**$285,600.00** **$475,000.00**

**Describe the lien**
**First Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.25 **Shellpoint Mortgage Servicing**

**Describe debtor's property that is subject to a lien**

**$268,000.00** **$425,000.00**

Creditor's Name

**PO Box 740039**
**Cincinnati, OH 45274-0039**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0382**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**6940 Flamingo Way, Sacramento CA 95828**
**APN: 510-282-004-0000**
**Single Family Residence**

**Describe the lien**
**First Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.26 **Shellpoint Mortgage Servicing**
Creditor's Name

**PO Box 740039**
**Cincinnati, OH 45274-0039**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0382**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**7686 Tierra East Way, Sacramento CA 95828**
**APN: 430-252-002-0000**
**Single Family Residence**

**$284,000.00** **$435,000.00**

**Describe the lien**
**First Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.27 **Shellpoint Mortgage Servicing**
Creditor's Name

**PO Box 740039**
**Cincinnati, OH 45274-0039**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**8578 Fairmont Circle, Sacramento CA 95628**
**APN: 253-0273-008-0000**
**Single Family Residence**

**$300,000.00** **$500,000.00**

**Describe the lien**
**First Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**0382**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.28 **Shellpoint Mortgage Servicing** | **$280,000.00** | **$550,000.00**

Creditor's Name

**PO Box 740039**
**Cincinnati, OH 45274-0039**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0627**

**Describe debtor's property that is subject to a lien**

**3157 Bridgeford Drive, Sacramento CA 95833**
**APN: 225-0307-002-0000**
**Single Family Residence**

**Describe the lien**
**First Deed of Trust**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.29 **Shellpoint Mortgage Servicing** | **$240,000.00** | **$435,000.00**

Creditor's Name

**PO Box 740039**
**Cincinnati, OH 45274-0039**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0627**

**Describe debtor's property that is subject to a lien**

**10828 Scotsman Way, Rancho Cordova, CA 95742**
**APN: 580-044-015-0000**
**Single Family Residence**

**Describe the lien**
**First Deed of Trust**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.30 **Shellpoint Mortgage Servicing** | **$57,000.00** | **$255,000.00**

**Describe debtor's property that is subject to a lien**

Debtor **BigTime Housing, LLC** Case number (if known) **2026-20848**
Name

Creditor's Name

**PO Box 740039**
**Cincinnati, OH 45274-0039**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0627**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**4532 Greenholme, Sacramento CA 95842**
**APN: 220-0352-009-0001**
**Condominium**

**Describe the lien**
**First Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.31 **United States Attorney**
Creditor's Name

**For U.S. Small Business Administration**
**501 I Street, Suite 10-100**
**Sacramento, CA 95814**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2020**

**Last 4 digits of account number**
**7806**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All personal property under section 697.530 of the CCP**

**$150,005.00** **$0.00**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$8,718,605.00**

**Part 2: List Others to Be Notified for a Debt Already Listed in Part 1**

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name **BigTime Housing, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known) **2026-20848**

☐ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Andrelle Russell**<br>**7720 TELFER WAY**<br>**Sacramento, CA 95828** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,775.00** | **$2,775.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Rental deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Angela Harris**<br>**4532 Greenholme Drive**<br>**Sacramento, CA 95842** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,850.00** | **$3,850.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Rental deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.3 | Priority creditor's name and mailing address<br>**Bridgette Williams**<br>**7401 Auburn Oaks Court**<br>**Citrus Heights, CA 95621** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,000.00** | **$1,000.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Rental deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.4 | Priority creditor's name and mailing address<br>**Bruce & Marjie Fields**<br>**8578 Fairmont Circle**<br>**Fair Oaks, CA 95628** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,785.00** | **$2,785.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Rental deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.5 | Priority creditor's name and mailing address<br>**Christina Cruz**<br>**7686 TIERRA EAST WAY**<br>**Sacramento, CA 95828** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,675.00** | **$2,675.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Rental deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.6 | Priority creditor's name and mailing address<br>**Deborah Figueroa**<br>**5352 LANCASTER Road**<br>**Lakeport, CA 95453** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,500.00** | **$1,500.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Rental deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **BigTime Housing, LLC** Case number (if known) **2026-20848**
Name

| | | | | |
|---|---|---|---|---|
| 2.7 | Priority creditor's name and mailing address<br>**Doina Bilauca**<br>**6852 Cunningham Way**<br>**Sacramento, CA 95828** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,500.00** | **$1,500.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Rental deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.8 | Priority creditor's name and mailing address<br>**Donelia Holiday**<br>**6940 Flamingo Way**<br>**Sacramento, CA 95828** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,850.00** | **$2,850.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Rental deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.9 | Priority creditor's name and mailing address<br>**Ducia Watson**<br>**11739 KOUROS Way**<br>**Rancho Cordova, CA 95742** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7,000.00** | **$7,000.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Rental deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.10 | Priority creditor's name and mailing address<br>**Elaine Breitzke**<br>**5860 Wallace Avenue**<br>**Sacramento, CA 95824** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$750.00** | **$750.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Rental deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**2.11** Priority creditor's name and mailing address
**Erasmos Manjolo and Linda Truwa**
**8578 Fairmont Circle**
**Fair Oaks, CA 95628**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,850.00** **$2,850.00**

Date or dates debt was incurred

Basis for the claim: **Rental deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.12** Priority creditor's name and mailing address
**Franchise Tax Board**
**Bankruptcy Section**
**P.O. Box 2952 MSA - 340**
**Sacramento, CA 95812**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.13** Priority creditor's name and mailing address
**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.14** Priority creditor's name and mailing address
**Jessica Herrera**
**5624 MANMAR Way**
**Sacramento, CA 95823**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,300.00** **$2,300.00**

Date or dates debt was incurred

Basis for the claim: **Rental deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | | | | |
|---|---|---|---|---|
| 2.15 | Priority creditor's name and mailing address<br>**Lotini & Tautala Malimali**<br>**2316 RAY STREET**<br>**Sacramento, CA 95815** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,250.00** | **$3,250.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Rental deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.16 | Priority creditor's name and mailing address<br>**Michael Rushdan**<br>**3065 Montgomery Way**<br>**Sacramento, CA 95817** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,200.00** | **$6,200.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Rental deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.17 | Priority creditor's name and mailing address<br>**Mona Isaac**<br>**3060 31st Street**<br>**Sacramento, CA 95817** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,250.00** | **$3,250.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Rental deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.18 | Priority creditor's name and mailing address<br>**Mone Isaac**<br>**3702 M.L.K. Jr Blvd**<br>**Sacramento, CA 95820** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,000.00** | **$5,000.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Rental deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **BigTime Housing, LLC** Case number (if known) **2026-20848**
Name

| | | | | |
|---|---|---|---|---|
| 2.19 | Priority creditor's name and mailing address<br>**Omar Magana**<br>**5826 42nd Street**<br>**Sacramento, CA 95824** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,500.00** | **$5,500.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Rental deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.20 | Priority creditor's name and mailing address<br>**Robert Flores and Vida Lovato**<br>**5830 42nd Street**<br>**Sacramento, CA 95824** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,850.00** | **$2,850.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Rental deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.21 | Priority creditor's name and mailing address<br>**Scott Peebles**<br>**3628 Ripley Street**<br>**Sacramento, CA 95838** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,100.00** | **$2,100.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Rental deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.22 | Priority creditor's name and mailing address<br>**Secret Valdovinos**<br>**4141 Big Meadow Way**<br>**Citrus Heights, CA 95621** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,000.00** | **$1,000.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Rental deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **BigTime Housing, LLC** Case number (if known) **2026-20848**
Name

| | | | | |
|---|---|---|---|---|
| 2.23 | Priority creditor's name and mailing address<br>**Susanville R. E.**<br>**615 WILLOW STREET**<br>**Susanville, CA 96130** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,550.00** | **$1,550.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Rental deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.24 | Priority creditor's name and mailing address<br>**Tatyana Sibareva**<br>**5860 Wallace Avenue**<br>**Sacramento, CA 95824** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,650.00** | **$1,650.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Rental deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.25 | Priority creditor's name and mailing address<br>**Taza Gul Pashai**<br>**7763 ROBINETTE ROAD**<br>**Sacramento, CA 95828** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,300.00** | **$5,300.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Rental deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.26 | Priority creditor's name and mailing address<br>**Troy Lillich**<br>**9425 S Wales Way**<br>**Elk Grove, CA 95758** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7,500.00** | **$7,500.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Rental deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

2.27 Priority creditor's name and mailing address
**Tyrone Hopskins**
**6585 RANCHO PICO WAY**
**Sacramento, CA 95828**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$5,800.00** **$5,800.00**

Date or dates debt was incurred

Basis for the claim:
**Rental deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1 **Nonpriority creditor's name and mailing address**
**Scott Sackett**
**Fiduciary Management Technologies, Inc.**
**4030 South Land Park Drive, Ste C**
**Sacramento, CA 95822**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Potenial fees related to services rendered in dismissed sub-v chapter 11 case, 26-20091**

Is the claim subject to offset? ■ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 82,785.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 0.00 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 82,785.00 |

**Fill in this information to identify the case:**

Debtor name **BigTime Housing, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known) **2026-20848**

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Residential lease agreement** | |
| State the term remaining | **Month to month** | **Andrelle Russell**<br>**7720 TELFER WAY**<br>**Sacramento, CA 95828** |
| List the contract number of any government contract | | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Residential lease agreement** | |
| State the term remaining | **Month to month** | **Angela Harris**<br>**4532 Greenholme Drive**<br>**Sacramento, CA 95842** |
| List the contract number of any government contract | | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Residential lease agreement** | |
| State the term remaining | **Month to month** | **Bridgette Williams**<br>**7401 Auburn Oaks Court**<br>**Citrus Heights, CA 95621** |
| List the contract number of any government contract | | |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **Residential lease agreement** | |
| State the term remaining | **Month to month** | **Bruce & Marjie Fields**<br>**8578 Fairmont Circle**<br>**Fair Oaks, CA 95628** |
| List the contract number of any government contract | | |

Debtor 1 **BigTime Housing, LLC** Case number (*if known*) **2026-20848**
First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5. State what the contract or lease is for and the nature of the debtor's interest | **Residential lease agreement** | |
| State the term remaining | **Month to month** | **Christina Cruz**<br>**7686 TIERRA EAST WAY**<br>**Sacramento, CA 95828** |
| List the contract number of any government contract | | |
| 2.6. State what the contract or lease is for and the nature of the debtor's interest | **Residential lease agreement** | |
| State the term remaining | **Month to month** | **Deborah Figueroa**<br>**5352 LANCASTER Road**<br>**Lakeport, CA 95453** |
| List the contract number of any government contract | | |
| 2.7. State what the contract or lease is for and the nature of the debtor's interest | **Residential lease agreement** | |
| State the term remaining | **Month to month** | **Doina Bilauca**<br>**6852 Cunningham Way**<br>**Sacramento, CA 95828** |
| List the contract number of any government contract | | |
| 2.8. State what the contract or lease is for and the nature of the debtor's interest | **Residential lease agreement** | |
| State the term remaining | **Month to month** | **Donelia Holiday**<br>**6940 Flamingo Way**<br>**Sacramento, CA 95828** |
| List the contract number of any government contract | | |
| 2.9. State what the contract or lease is for and the nature of the debtor's interest | **Residential lease agreeement** | |
| State the term remaining | **Month to month** | **Ducia Watson**<br>**11739 KOUROS Way**<br>**Rancho Cordova, CA 95742** |
| List the contract number of any government contract | | |

Debtor 1 **BigTime Housing, LLC** Case number (*if known*) **2026-20848**

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease agreement** | |
| | State the term remaining | **Month to month** | **Elaine Breitzke**<br>**5860 Wallace Avenue**<br>**Sacramento, CA 95824** |
| | List the contract number of any government contract | | |
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease agreement** | |
| | State the term remaining | **Month to month** | **Erasmos Manjolo and Linda Truwa**<br>**8578 Fairmont Circle**<br>**Fair Oaks, CA 95628** |
| | List the contract number of any government contract | | |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease agreement** | |
| | State the term remaining | **Month to month** | **Jacqueline LaSalle**<br>**7000 REMO WAY**<br>**Sacramento, CA 95822** |
| | List the contract number of any government contract | | |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease agreement** | |
| | State the term remaining | **Month to month** | **Jeremy Dean and Laura Jaster**<br>**10828 SCOTSMAN WAY**<br>**Rancho Cordova, CA 95670** |
| | List the contract number of any government contract | | |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease agreement** | |
| | State the term remaining | **Month to month** | **Jessica Herrera**<br>**5624 MANMAR Way**<br>**Sacramento, CA 95823** |
| | List the contract number of any government contract | | |

Debtor 1 **BigTime Housing, LLC** Case number (*if known*) **2026-20848**

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease agreement** | |
| | State the term remaining | **Month to month** | **Lotini & Tautala Malimali**<br>**2316 RAY STREET**<br>**Sacramento, CA 95815** |
| | List the contract number of any government contract | | |
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease agreement** | |
| | State the term remaining | **Month to month** | **Michael Rushdan**<br>**3065 Montgomery Way**<br>**Sacramento, CA 95817** |
| | List the contract number of any government contract | | |
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease agreement** | |
| | State the term remaining | **Month to month** | **Michael Rushdan**<br>**3065 Montgomery Way**<br>**Sacramento, CA 95817** |
| | List the contract number of any government contract | | |
| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease agreement** | |
| | State the term remaining | **Month to month** | **Mona Isaac**<br>**3060 31st Street**<br>**Sacramento, CA 95817** |
| | List the contract number of any government contract | | |
| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease agreement** | |
| | State the term remaining | **Month to month** | **Mone Isaac**<br>**3702 M.L.K. Jr Blvd**<br>**Sacramento, CA 95820** |
| | List the contract number of any government contract | | |

Debtor 1 **BigTime Housing, LLC** Case number (*if known*) **2026-20848**

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease agreement** | **Olga**<br>**8801 FAIR OAKS Blvd**<br>**Carmichael, CA 95608** |
| | State the term remaining | **Month to month** | |
| | List the contract number of any government contract | | |
| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease agreement** | **Omar Magana**<br>**5826 42nd Street**<br>**Sacramento, CA 95824** |
| | State the term remaining | **Month to month** | |
| | List the contract number of any government contract | | |
| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease agreement** | **Pedro Garica**<br>**4948 LIONGATE WAY**<br>**Sacramento, CA 95828** |
| | State the term remaining | **Month to month** | |
| | List the contract number of any government contract | | |
| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease agreement** | **Phyllis Mason**<br>**5828 42nd Street**<br>**Sacramento, CA 95824** |
| | State the term remaining | **Month to month** | |
| | List the contract number of any government contract | | |
| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease agreement** | **Robert Flores and Vida Lovato**<br>**5830 42nd Street**<br>**Sacramento, CA 95824** |
| | State the term remaining | **Month to month** | |
| | List the contract number of any government contract | | |

Debtor 1 **BigTime Housing, LLC** Case number (*if known*) **2026-20848**

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease agreement** | |
| | State the term remaining | **Month to month** | **Scott Peebles**<br>**3628 Ripley Street**<br>**Sacramento, CA 95838** |
| | List the contract number of any government contract | | |
| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease agreement** | |
| | State the term remaining | **Month to month** | **Secret Valdovinos**<br>**4141 Big Meadow Way**<br>**Citrus Heights, CA 95621** |
| | List the contract number of any government contract | | |
| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease agreement** | |
| | State the term remaining | **Month to month** | **Sherri Evans**<br>**3624 RIPLEY Street**<br>**Sacramento, CA 95838** |
| | List the contract number of any government contract | | |
| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease agreement** | |
| | State the term remaining | **Month to month** | **Susanville R. E.**<br>**615 WILLOW STREET**<br>**Susanville, CA 96130** |
| | List the contract number of any government contract | | |
| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease agreement** | |
| | State the term remaining | **Month to month** | **Tatyana Sibareva**<br>**5860 Wallace Avenue**<br>**Sacramento, CA 95824** |
| | List the contract number of any government contract | | |

Debtor 1 **BigTime Housing, LLC** Case number (*if known*) **2026-20848**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.30. State what the contract or lease is for and the nature of the debtor's interest | **Residential lease agreement** | **Taza Gul Pashai**<br>**7763 ROBINETTE ROAD**<br>**Sacramento, CA 95828** |
| State the term remaining | **Month to month** | |
| List the contract number of any government contract | | |
| 2.31. State what the contract or lease is for and the nature of the debtor's interest | **Residential lease agreement** | **Troy Lillich**<br>**9425 S Wales Way**<br>**Elk Grove, CA 95758** |
| State the term remaining | **Month to month** | |
| List the contract number of any government contract | | |
| 2.32. State what the contract or lease is for and the nature of the debtor's interest | **Residential lease agreement** | **Tyrone Hopskins**<br>**6585 RANCHO PICO WAY**<br>**Sacramento, CA 95828** |
| State the term remaining | **Month to month** | |
| List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name **BigTime Housing, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known) **2026-20848**

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Enoch Duplechan** | **8698 Elk Grove Blvd, Suite #1-304<br>Elk Grove, CA 95624** | **FCI Lender Services** | ■ D **2.1**<br>☐ E/F<br>☐ G |
| 2.2 | **Enoch Duplechan** | **8698 Elk Grove Blvd, Suite #1-304<br>Elk Grove, CA 95624** | **Forbix Capital Corporation** | ■ D **2.2**<br>☐ E/F<br>☐ G |
| 2.3 | **Enoch Duplechan** | **8698 Elk Grove Blvd, Suite #1-304<br>Elk Grove, CA 95624** | **Shellpoint Mortgage Servicing** | ■ D **2.4**<br>☐ E/F<br>☐ G |
| 2.4 | **Enoch Duplechan** | **8698 Elk Grove Blvd, Suite #1-304<br>Elk Grove, CA 95624** | **Shellpoint Mortgage Servicing** | ■ D **2.5**<br>☐ E/F<br>☐ G |
| 2.5 | **Enoch Duplechan** | **8698 Elk Grove Blvd, Suite #1-304<br>Elk Grove, CA 95624** | **Shellpoint Mortgage Servicing** | ■ D **2.6**<br>☐ E/F<br>☐ G |

Debtor **BigTime Housing, LLC** Case number *(if known)* **2026-20848**

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Enoch Duplechan** | **8698 Elk Grove Blvd, Suite #1-304 Elk Grove, CA 95624** | **Shellpoint Mortgage Servicing** | ■ D **2.7**<br>☐ E/F<br>☐ G |
| 2.7 | **Enoch Duplechan** | **8698 Elk Grove Blvd, Suite #1-304 Elk Grove, CA 95624** | **Shellpoint Mortgage Servicing** | ■ D **2.8**<br>☐ E/F<br>☐ G |
| 2.8 | **Enoch Duplechan** | **8698 Elk Grove Blvd, Suite #1-304 Elk Grove, CA 95624** | **Shellpoint Mortgage Servicing** | ■ D **2.9**<br>☐ E/F<br>☐ G |
| 2.9 | **Enoch Duplechan** | **8698 Elk Grove Blvd, Suite #1-304 Elk Grove, CA 95624** | **Shellpoint Mortgage Servicing** | ■ D **2.10**<br>☐ E/F<br>☐ G |
| 2.10 | **Enoch Duplechan** | **8698 Elk Grove Blvd, Suite #1-304 Elk Grove, CA 95624** | **Shellpoint Mortgage Servicing** | ■ D **2.11**<br>☐ E/F<br>☐ G |
| 2.11 | **Enoch Duplechan** | **8698 Elk Grove Blvd, Suite #1-304 Elk Grove, CA 95624** | **Shellpoint Mortgage Servicing** | ■ D **2.12**<br>☐ E/F<br>☐ G |
| 2.12 | **Enoch Duplechan** | **8698 Elk Grove Blvd, Suite #1-304 Elk Grove, CA 95624** | **Shellpoint Mortgage Servicing** | ■ D **2.13**<br>☐ E/F<br>☐ G |
| 2.13 | **Enoch Duplechan** | **8698 Elk Grove Blvd, Suite #1-304 Elk Grove, CA 95624** | **Shellpoint Mortgage Servicing** | ■ D **2.14**<br>☐ E/F<br>☐ G |

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.14 | **Enoch Duplechan** | **8698 Elk Grove Blvd, Suite #1-304 Elk Grove, CA 95624** | **Shellpoint Mortgage Servicing** | ■ D **2.15**<br>☐ E/F<br>☐ G |
| 2.15 | **Enoch Duplechan** | **8698 Elk Grove Blvd, Suite #1-304 Elk Grove, CA 95624** | **Shellpoint Mortgage Servicing** | ■ D **2.16**<br>☐ E/F<br>☐ G |
| 2.16 | **Enoch Duplechan** | **8698 Elk Grove Blvd, Suite #1-304 Elk Grove, CA 95624** | **Shellpoint Mortgage Servicing** | ■ D **2.17**<br>☐ E/F<br>☐ G |
| 2.17 | **Enoch Duplechan** | **8698 Elk Grove Blvd, Suite #1-304 Elk Grove, CA 95624** | **Shellpoint Mortgage Servicing** | ■ D **2.18**<br>☐ E/F<br>☐ G |
| 2.18 | **Enoch Duplechan** | **8698 Elk Grove Blvd, Suite #1-304 Elk Grove, CA 95624** | **Shellpoint Mortgage Servicing** | ■ D **2.19**<br>☐ E/F<br>☐ G |
| 2.19 | **Enoch Duplechan** | **8698 Elk Grove Blvd, Suite #1-304 Elk Grove, CA 95624** | **Shellpoint Mortgage Servicing** | ■ D **2.20**<br>☐ E/F<br>☐ G |
| 2.20 | **Enoch Duplechan** | **8698 Elk Grove Blvd, Suite #1-304 Elk Grove, CA 95624** | **Shellpoint Mortgage Servicing** | ■ D **2.21**<br>☐ E/F<br>☐ G |
| 2.21 | **Enoch Duplechan** | **8698 Elk Grove Blvd, Suite #1-304 Elk Grove, CA 95624** | **Shellpoint Mortgage Servicing** | ■ D **2.22**<br>☐ E/F<br>☐ G |

Debtor **BigTime Housing, LLC** Case number *(if known)* **2026-20848**

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.22 | **Enoch Duplechan** | **8698 Elk Grove Blvd, Suite #1-304 Elk Grove, CA 95624** | **Shellpoint Mortgage Servicing** | ■ D **2.23**<br>☐ E/F<br>☐ G |
| 2.23 | **Enoch Duplechan** | **8698 Elk Grove Blvd, Suite #1-304 Elk Grove, CA 95624** | **Shellpoint Mortgage Servicing** | ■ D **2.24**<br>☐ E/F<br>☐ G |
| 2.24 | **Enoch Duplechan** | **8698 Elk Grove Blvd, Suite #1-304 Elk Grove, CA 95624** | **Shellpoint Mortgage Servicing** | ■ D **2.25**<br>☐ E/F<br>☐ G |
| 2.25 | **Enoch Duplechan** | **8698 Elk Grove Blvd, Suite #1-304 Elk Grove, CA 95624** | **Shellpoint Mortgage Servicing** | ■ D **2.26**<br>☐ E/F<br>☐ G |
| 2.26 | **Enoch Duplechan** | **8698 Elk Grove Blvd, Suite #1-304 Elk Grove, CA 95624** | **Shellpoint Mortgage Servicing** | ■ D **2.27**<br>☐ E/F<br>☐ G |
| 2.27 | **Enoch Duplechan** | **8698 Elk Grove Blvd, Suite #1-304 Elk Grove, CA 95624** | **Shellpoint Mortgage Servicing** | ■ D **2.28**<br>☐ E/F<br>☐ G |
| 2.28 | **Enoch Duplechan** | **8698 Elk Grove Blvd, Suite #1-304 Elk Grove, CA 95624** | **Shellpoint Mortgage Servicing** | ■ D **2.29**<br>☐ E/F<br>☐ G |
| 2.29 | **Enoch Duplechan** | **8698 Elk Grove Blvd, Suite #1-304 Elk Grove, CA 95624** | **Shellpoint Mortgage Servicing** | ■ D **2.30**<br>☐ E/F<br>☐ G |

Debtor **BigTime Housing, LLC** Case number *(if known)* **2026-20848**

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.30 | **Enoch Duplechan** | **8698 Elk Grove Blvd, Suite #1-304<br>Elk Grove, CA 95624** | **United States Attorney** | ■ D **2.31**<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name **BigTime Housing, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known) **2026-20848**

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1: Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2026** to **Filing Date** | ■ Operating a business<br>☐ Other | **$200,000.00** |
| **For prior year:** From **1/01/2025** to **12/31/2025** | ■ Operating a business<br>☐ Other | **$1,704,234.00** |
| **For year before that:** From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other | **$1,236,251.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|

**Part 2: List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

Debtor **BigTime Housing, LLC** Case number *(if known)* **2026-20848**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Juan Monge** | **11/13/2026 - 2/09/2026** | **$21,714.82** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **General Contractor Services** |
| 3.2. | **Bank of America<br>P.O. Box 982235<br>El Paso, TX 79998** | **2/10/2026** | **$11,628.49** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.3. | **JP Morgan Chase Bank<br>10750 Hammerly Blvd #200<br>Houston, TX 77043** | **11/24/2025, 2/17/26** | **$44,677.69** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.4. | **Arbor Realty<br>333 Earle Ovington Boulevard, Suite 900<br>Uniondale, NY 11553** | **12/2/206, 1/5/2026** | **$17,070.26** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.5. | **Shellpoint Mortgage Servicing<br>PO Box 740039<br>Cincinnati, OH 45274-0039** | **12/8/2025, 12/30/25, 12/31/2025** | **$59,130.07** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.6. | **America's Mortgage Lender** | **12/10/25** | **$11,307.58** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Enoch Duplechan<br>8698 Elk Grove Blvd, Suite #1-304<br>Elk Grove, CA 95624<br>Managing member** | **2/19/2025 -2/19/2026** | **$23,950.00** | **Cash disbursements provided directly for miscellaneous or ongoing expense and reimbursments** |

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.2. | **Enoch Duplechan**<br>**8698 Elk Grove Blvd, Suite #1-304**<br>**Elk Grove, CA 95624**<br>**Managing member** | **02/19/2025-0**<br>**2/19/2026** | **$3,064.30** | **Loan disbursements** |
| 4.3. | **Td Auto Finance**<br>**5225 Crooks Rd Ste 140**<br>**Troy, MI 48098**<br>**None** | **02/19/2025-0**<br>**2/19/2025** | **$15,000.00** | **Monthly auto payments of $1250 for personal vehicle of Enoch Duplechan. Vehicle is used in connection with operating debtor's day to day business.** |
| 4.4. | **Barclays Bank Deleware**<br>**125 South West Street**<br>**Wilmington, DE 19801**<br>**None** | **12/5/2025** | **$3,000.00** | **Enoch Duplechan's credit card - expense reimbursement** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3: Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Big Time Housing LLC**<br>**26-20091-C-11** | **Chapter 11 Voluntary Bankruptcy** | **United States Bankruptcy Court**<br>**501 I Street**<br>**Sacramento, CA 95814** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4: Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5: Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6: Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Dennise S. Henderson, Esq.**<br>**1903 21st St**<br>**Sacramento, CA 95811** | **Prior dismissed chapter 11, case 26-20091, Debtor initially paid $5,000. Upon request by debtor, Ms. Henderson refunded $2,500 in 02/2026** | **01/2026** | **$2,500.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Law Offices of Gabriel Liberman, APC**<br>**1545 River Park Drive., STE 530**<br>**Sacramento, CA 95815** | **Attorney Fees** | **2/3/2026** | **$10,000.00** |
| | Email or website address<br>**attorney@4851111.com** | | | |
| | Who made the payment, if not debtor?<br>**Enoch Duplechan** | | | |

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.3. | **Law Offices of Gabriel Liberman, APC**<br>**1545 River Park Drive., STE 530**<br>**Sacramento, CA 95815** | **Attorney Fees** | **2/6/2026** | **$10,000.00** |

**Email or website address**
**attorney@4851111.com**

**Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7: Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8: Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

- ■ No
- ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Enoch Duplechan** | **8698 Elk Grove Blvd, Suite #1-304<br>Elk Grove, CA 95624** | **Managing member** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

- ■ No
- ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 . | **See SOFA #4** | | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor **BigTime Housing, LLC** Case number *(if known)* **2026-20848**

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 19, 2026**

**/s/ Enoch Duplechan**
Signature of individual signing on behalf of the debtor

**Enoch Duplechan**
Printed name

Position or relationship to debtor **Managing member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Eastern District of California

In re **BigTime Housing, LLC** Debtor(s)

Case No. **2026-20848**
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **SEE ATTACHMENT** |
| Prior to the filing of this statement I have received | $ | **SEE ATTACHMENT** |
| Balance Due | $ | **0.00** |

2. $ **1,738.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☑ Debtor ☑ Other (specify): Enoch Duplechan: $10,000
   Debtor: $10,000

4. The source of compensation to be paid to me is:

   ☑ Debtor ☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [List other services that counsel has agreed to provide]
   **Other general bankruptcy counseling.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **An attorney who is retained to represent a debtor in a bankruptcy case constitutes an appearance for all purposes in the case, including, without limitation, motions for relief from the automatic stay, motions to avoid liens, objections to claims, and reaffirmation agreements. However, an appearance in the bankruptcy case for a party does not require the attorney to appear for that party in an adversary proceeding**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 19, 2026**
*Date*

**/s/ Gabriel E. Liberman**
**Gabriel E. Liberman**
*Signature of Attorney*
**Law Offices of Gabriel Liberman, APC**
**1545 River Park Drive., STE 530**
**Sacramento, CA 95815**
**916-485-1111 Fax: 916-485-1111**
**attorney@4851111.com**
*Name of law firm*

In re **BigTime Housing, LLC** Case No. **2026-20848**
Debtor(s)

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)**
**Attachment B**

Debtor agreed to pay the Law Offices of Gabriel Liberman, APC (the "FIRM") a fee for legal services rendered in the present Chapter 11 Bankruptcy proceeding based on the following fees schedule:

| | |
|---|---|
| Gabriel E. Liberman | $435.00 per hour |
| Legal Assistants | $150.00 per hour |

plus cost.

Debtor paid a retainer of $20,000.00 to the FIRM before the filing of Debtor's Voluntary Petition Under Chapter 11. The source of these funds was $10,000 from the Debtor and $10,000 from the Debtor's managing member Enoch Duplechan. The FIRM applied $12,787.00 of the retainer to fees and costs incurred before the filing of Debtor's Chapter 11 case, including the $1,738 court filing fee. The balance of the retainer, $7,213.00, received from Debtor is on deposit in the FIRM's Attorney-Client Trust Account and will be credited against fees and costs incurred in Debtor's Chapter 11 case.

All fees and costs incurred by the FIRM after February 19, 2026 will be paid after an Application for Allowance of Attorneys Fees and Costs is approved by the bankruptcy Court as a part of Debtor's case.

# United States Bankruptcy Court
## Eastern District of California

In re **BigTime Housing, LLC** Debtor(s)

Case No. **2026-20848**
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Enoch Duplechan**<br>**8698 Elk Grove Blvd, Suite #1-304**<br>**Elk Grove, CA 95624** | | **100%** | **Membership interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **March 19, 2026**

Signature **/s/ Enoch Duplechan**
**Enoch Duplechan**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.