**Fill in this information to identify the case:**

Debtor name **BigTime Housing, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known) **2026-20848**

■ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule* **A/B, D, E/F**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 16, 2026**

*X* **/s/ Enoch Duplechan**
Signature of individual signing on behalf of debtor

**Enoch Duplechan**
Printed name

**Managing member**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **BigTime Housing, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known) **2026-20848**

■ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*. | $ | **17,455,000.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*. | $ | **88,133.82** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*. | $ | **17,543,133.82** |

**Part 2: Summary of Liabilities**

| | | |
|---|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*. | $ | **9,768,605.00** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | | |
| **3a. Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*. | $ | **82,785.00** |
| **3b. Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*. | +$ | **0.00** |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ | **9,851,390.00** |

**Fill in this information to identify the case:**

Debtor name **BigTime Housing, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known) **2026-20848**

■ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo Bank, N.A.** | **Business Checking** | **4585** | **$3,500.00** |
| 3.2. | **Wells Fargo Bank, N.A.** | **Business Checking** | **6259** | **$44,633.82** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** **$48,133.82**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.

☐ Yes Fill in the information below.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

■ Yes Fill in the information below.

11. **Accounts receivable**

Debtor **BigTime Housing, LLC**
Name

Case number *(If known)* **2026-20848**

11a. 90 days old or less: **40,000.00** (face amount) - **0.00** (doubtful or uncollectible accounts) = .... **$40,000.00**

12. **Total of Part 3.**
Current value on lines 11a + 11b = line 12. Copy the total to line 82. **$40,000.00**

**Part 4: Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **Debtor's beneficial interest in a 2024 Tesla Cyber Truck in good condition. Approximate fair market value: $70,000 Secured lien held by TD Bank with approximate loan amount of $70,000 Debtor is not on title but has paid all secured payments and maintains vehicle.** | **$0.00** | **Comparable sale** | A<br>**$0.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87. **$0.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1. **9425 S Wales Way, Elk Grove, CA 95758 APN: 119-0181-004-0000 Single Family Residence** | **Fee simple** | **$0.00** | **Comparable sale** | **$3,000,000.00** |
| 55.2. **4141 Big Meadow Way, Rancho Cordova, CA 95742 APN: 670-870-010-0000 Single Family Residence** | **Fee simple** | **$0.00** | **Comparable sale** | **$615,000.00** |
| 55.3. **11739 Kouros Way, Rancho Cordova APN: 670-560-070-0000 Single Family Residence** | **Fee simple** | **$0.00** | **Comparable sale** | **$615,000.00** |

Debtor **BigTime Housing, LLC** Case number *(If known)* **2026-20848**
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.4. | **3702 M.L.K. BLVD, Sacramento, CA 95820 APN: 200-033-010-0000 Single Family Residence** | **Fee simple** | **$0.00** | **Comparable sale** | **$500,000.00** |
| 55.5. | **5830 42nd Street, Sacramento, CA 95824 5828 42nd Street, Sacramento, CA 95824 5826 42nd Street, Sacramento, CA 95824 APN: 260-131-005-0000 Three Single Family Residences** | **Fee simple** | **$0.00** | **Comparable sale** | **$900,000.00** |
| 55.6. | **8801 Fair Oaks Blvd, Sacramento, CA 95608 Single Family Residences** | **Fee simple** | **$0.00** | **Comparable sale** | **$800,000.00** |
| 55.7. | **5860 Wallace Ave, Sacramento, CA 95824 5870 Wallace Ave, Sacramento, CA 95824 APN: 260-131-005-0000 Two Duplexes** | **Fee simple** | **$0.00** | **Comparable sale** | **$650,000.00** |
| 55.8. | **2112 57th Avenue, Sacramento, CA 95822 and 7000 Remo Way, Sacrmanto CA 95822 Duplex** | **Fee simple** | **$0.00** | **Comparable sale** | A **$575,000.00** |
| 55.9. | **6585 Rancho Pico, Sacramento CA 95828 APN: 400-260-002-0000 Single Family Residence** | **Fee simple** | **$0.00** | **Comparable sale** | **$425,000.00** |

| | | | | | |
|---|---|---|---|---|---|
| 55.10. | **3624 Ripley Street, Sacramento, CA 95838 3628 Ripley Street, Sacramento, CA 95838 APN: 252-0202-018-0000 Two Duplexes** | **Fee simple** | **$0.00** | **Comparable sale** | **$550,000.00** |
| 55.11. | **6852 Cunningham Way, Sacramento, CA 95828 APN: 400-161-013-0000 Single Family Residence** | **Fee simple** | **$0.00** | **Comparable sale** | **$400,000.00** |
| 55.12. | **6920 Calvine Road, Sacramento, CA 95823 APN: 117-0340-087-0000 Single Family Residence** | **Fee simple** | **$0.00** | **Comparable sale** | **$475,000.00** |
| 55.13. | **4948 Lion Gate Way, Sacramento, CA 95823 APN: 117-0612-010-0000 Single Family Residence** | **Fee simple** | **$0.00** | **Comparable sale** | **$475,000.00** |
| 55.14. | **615 Willow Street, Susanville, CA 96130 APN: 117-0612-010-0000 Single Family Residence** | **Fee simple** | **$0.00** | **Comparable sale** | **$250,000.00** |
| 55.15. | **7401 Auburn Oaks, Citrus Heights, CA 95621 APN: 204-0610-032-0012 Condominium** | **Fee simple** | **$0.00** | **Comparable sale** | **$350,000.00** |

Debtor **BigTime Housing, LLC** Case number *(If known)* **2026-20848**
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.16. | **3065 Montgomery Way, Sacramento CA 95817 and 3060 31st Street, Sacramento CA 95817 APN: 013-0241-033-0000 Duplex** | **Fee simple** | **$0.00** | **Comparable sale** | A<br>**$1,150,000.00** |
| 55.17. | **3673 Wings Way, Sacramento CA 95660 APN: 218-0271-006-0000 Single Family Residence** | **Fee simple** | **$0.00** | **Comparable sale** | **$425,000.00** |
| 55.18. | **2316 Ray Street, Sacramento CA 95660 APN: 277-0121-013-0000 Single Family Residence** | **Fee simple** | **$0.00** | **Comparable sale** | A<br>**$500,000.00** |
| 55.19. | **8608 Cassieri Circle Sacramento CA 95828 APN: 650-250-044-0000 Single Family Residence** | **Fee simple** | **$0.00** | **Comparable sale** | **$575,000.00** |
| 55.20. | **7720 Telfer Way, Sacramento CA 95823 APN: 118-0201-003-0000 Single Family Residence** | **Fee simple** | **$0.00** | **Comparable sale** | **$425,000.00** |
| 55.21. | **5624 Manmar Way, Sacramento CA 95623 APN: 390-122-002-0000 Single Family Residence** | **Fee simple** | **$0.00** | **Comparable sale** | **$375,000.00** |
| 55.22. | **5352 Lancaster Rd, Lakeport, CA 95453 APN: 029-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 Single Family Residence** | **Fee simple** | **$0.00** | **Comparable sale** | A<br>**$350,000.00** |

Debtor **BigTime Housing, LLC** Case number *(If known)* **2026-20848**
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.23. | **7763 Robinette Road, Sacramento CA 95828 APN: 115-0570-105-0000 Single Family Residence** | **Fee simple** | **$0.00** | **Comparable sale** | **$475,000.00** |
| 55.24. | **6940 Flamingo Way, Sacramento CA 95828 APN: 510-282-004-0000 Single Family Residence** | **Fee simple** | **$0.00** | **Comparable sale** | **$425,000.00** |
| 55.25. | **7686 Tierra East Way, Sacramento CA 95828 APN: 430-252-002-0000 Single Family Residence** | **Fee simple** | **$0.00** | **Comparable sale** | **$435,000.00** |
| 55.26. | **8578 Fairmont Circle, Sacramento CA 95628 APN: 253-0273-008-0000 Single Family Residence** | **Fee simple** | **$0.00** | **Comparable sale** | **$500,000.00** |
| 55.27. | **3157 Bridgeford Drive, Sacramento CA 95833 APN: 225-0307-002-0000 Single Family Residence** | **Fee simple** | **$0.00** | **Comparable sale** | **$550,000.00** |
| 55.28. | **10828 Scotsman Way, Rancho Cordova, CA 95742 APN: 580-044-015-0000 Single Family Residence** | **Fee simple** | **$0.00** | **Comparable sale** | **$435,000.00** |
| 55.29. | **4532 Greenholme, Sacramento CA 95842 APN: 220-0352-009-0001 Condominium** | **Fee simple** | **$0.00** | **Comparable sale** | **$255,000.00** |

Debtor **BigTime Housing, LLC** Case number *(If known)* **2026-20848**
Name

| | | | | |
|---|---|---|---|---|
| 55.30. **Debtor is on title to a residential property located at 13860 Spring Valley Parkway, Victorville, CA 92395. Debtor's managing member's cousin resides at the property and pays the mortgage Debtor has never paid the mortgage and essentially holds bare title.**<br><br>**Debtor is liable for the secured loan with Fay Servicing, LLC** | **Fee simple** | **$0.00** | | **$0.00** |

A

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.
**$17,455,000.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11: All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor **BigTime Housing, LLC**
Name

Case number *(If known)* **2026-20848**

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$48,133.82** | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$40,000.00** | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. | **Real property.** *Copy line 56, Part 9.*..........> | | **$17,455,000.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$88,133.82** | + 91b. **$17,455,000.00** |

92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 **$17,543,133.82**

**Fill in this information to identify the case:**

Debtor name **BigTime Housing, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known) **2026-20848**

■ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|
| 2.1 Fay Servicing, LLC | **$300,000.00** | **$0.00** |
| 2.2 FCI Lender Services | **$1,700,000.00** | **$3,000,000.00** |

A

**2.1 Fay Servicing, LLC**
Creditor's Name

**425 S Financial Place, Suite 2000**
**Chicago, IL 60605**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Debtor is on title to a residential property located at 13860 Spring Valley Parkway, Victorville, CA 92395. Debtor's managing member's cousin resides at the property and pays the mortgage Debtor has never paid the mortgage and essentially h**

**Describe the lien**
**First Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2 FCI Lender Services**
Creditor's Name

**P O Box 27370**
**Anaheim, CA 92809**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**9425 S Wales Way, Elk Grove, CA 95758**
**APN: 119-0181-004-0000**
**Single Family Residence**

**Describe the lien**
**First Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**1840**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**1. FCI Lender Services**
**2. Wang Family Trust-Sherman Wang**
**3. The Bridge Loans, Inc.**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.3 **Forbix Capital Corporation**
Creditor's Name

**24151 Ventura Blvd Suite 210**
**Calabasas, CA 91302**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**785**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**8801 Fair Oaks Blvd, Sacramento, CA 95608**
**Single Family Residences**

**$500,000.00** **$800,000.00**

**Describe the lien**
**First Deed of Trust**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.4 **Sacramento County Property Tax**
Creditor's Name

**700 H Street**
**Sacramento, CA 95814**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**For Notice Purposes Only**

**Unknown** **$0.00**

**Describe the lien**
**Property Taxes**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.5 **Shellpoint Mortgage Servicing**

**Describe debtor's property that is subject to a lien**

**$400,000.00** **$615,000.00**

Debtor **BigTime Housing, LLC** Case number (if known) **2026-20848**
Name

Creditor's Name

**PO Box 740039**
**Cincinnati, OH 45274-0039**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**4185**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**4141 Big Meadow Way, Rancho Cordova, CA 95742**
**APN: 670-870-010-0000**
**Single Family Residence**

**Describe the lien**
**First Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.6 **Shellpoint Mortgage Servicing**
Creditor's Name

**PO Box 740039**
**Cincinnati, OH 45274-0039**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**3880**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**11739 Kouros Way, Rancho Cordova**
**APN: 670-560-070-0000**
**Single Family Residence**

**$470,000.00** **$615,000.00**

**Describe the lien**
**First Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.7 **Shellpoint Mortgage Servicing**
Creditor's Name

**PO Box 740039**
**Cincinnati, OH 45274-0039**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**
**3702 M.L.K. BLVD, Sacramento, CA 95820**
**APN: 200-033-010-0000**
**Single Family Residence**

**$245,000.00** **$500,000.00**

**Describe the lien**
**First Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**3896**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.8 **Shellpoint Mortgage Servicing**
Creditor's Name

**PO Box 740039**
**Cincinnati, OH 45274-0039**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0457**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**5830 42nd Street, Sacramento, CA 95824**
**5828 42nd Street, Sacramento, CA 95824**
**5826 42nd Street, Sacramento, CA 95824**

**APN: 260-131-005-0000**
**Three Single Family Residences**

**Describe the lien**
**First Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$300,000.00** **$900,000.00**

---

2.9 **Shellpoint Mortgage Servicing**
Creditor's Name

**PO Box 740039**
**Cincinnati, OH 45274-0039**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0457**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**5860 Wallace Ave, Sacramento, CA 95824**
**5870 Wallace Ave, Sacramento, CA 95824**

**APN: 260-131-005-0000**
**Two Duplexes**

**Describe the lien**
**First Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$250,000.00** **$650,000.00**

| | | | | |
|---|---|---|---|---|
| 2.10 | **Shellpoint Mortgage Servicing**<br>Creditor's Name<br><br>**PO Box 740039**<br>**Cincinnati, OH 45274-0039**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br>**0457**<br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**2112 57th Avenue, Sacramento, CA 95822 and 7000 Remo Way, Sacrmanto CA 95822 Duplex**<br><br>**Describe the lien**<br>**First Deed of Trust**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$240,000.00** | **$575,000.00** |
| 2.11 | **Shellpoint Mortgage Servicing**<br>Creditor's Name<br><br>**PO Box 740039**<br>**Cincinnati, OH 45274-0039**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br>**0457**<br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**6585 Rancho Pico, Sacramento CA 95828**<br>**APN: 400-260-002-0000**<br>**Single Family Residence**<br><br>**Describe the lien**<br>**First Deed of Trust**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$180,000.00** | **$425,000.00** |
| 2.12 | **Shellpoint Mortgage Servicing**<br>Creditor's Name<br><br>**PO Box 740039**<br>**Cincinnati, OH 45274-0039**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**3624 Ripley Street, Sacramento, CA 95838**<br>**3628 Ripley Street, Sacramento, CA 95838**<br><br>**APN: 252-0202-018-0000**<br>**Two Duplexes**<br><br>**Describe the lien**<br>**First Deed of Trust**<br>**Is the creditor an insider or related party?**<br>■ No | **$200,000.00** | **$550,000.00** |

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0457**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.13 **Shellpoint Mortgage Servicing**
Creditor's Name

**PO Box 740039**
**Cincinnati, OH 45274-0039**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**6852 Cunningham Way, Sacramento, CA 95828**
**APN: 400-161-013-0000**
**Single Family Residence**

**$140,000.00** **$400,000.00**

**Describe the lien**
**First Deed of Trust**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0457**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.14 **Shellpoint Mortgage Servicing**
Creditor's Name

**PO Box 740039**
**Cincinnati, OH 45274-0039**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**6920 Calvine Road, Sacramento, CA 95823**
**APN: 117-0340-087-0000**
**Single Family Residence**

**$152,000.00** **$475,000.00**

**Describe the lien**
**First Deed of Trust**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0457**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor **BigTime Housing, LLC** Case number (if known) **2026-20848**
Name

**2.15 Shellpoint Mortgage Servicing**
Creditor's Name

**PO Box 740039**
**Cincinnati, OH 45274-0039**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0457**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**4948 Lion Gate Way, Sacramento, CA 95823**
**APN: 117-0612-010-0000**
**Single Family Residence**

**Describe the lien**
**First Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$120,000.00** **$475,000.00**

**2.16 Shellpoint Mortgage Servicing**
Creditor's Name

**PO Box 740039**
**Cincinnati, OH 45274-0039**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0457**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**615 Willow Street, Susanville, CA 96130**
**APN: 117-0612-010-0000**
**Single Family Residence**

**Describe the lien**
**First Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$75,000.00** **$250,000.00**

**2.17 Shellpoint Mortgage Servicing**
Creditor's Name

**PO Box 740039**
**Cincinnati, OH 45274-0039**
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**7401 Auburn Oaks, Citrus Heights, CA 95621**
**APN: 204-0610-032-0012**
**Condominium**

**Describe the lien**
**First Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**

**$125,000.00** **$350,000.00**

**Date debt was incurred**

**Last 4 digits of account number**
**0457**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.18 **Shellpoint Mortgage Servicing**
Creditor's Name

**PO Box 740039**
**Cincinnati, OH 45274-0039**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0816**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**3065 Montgomery Way, Sacramento CA 95817 and**
**3060 31st Street, Sacramento CA 95817**
**APN: 013-0241-033-0000**
**Duplex**

**Describe the lien**
**First Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$450,000.00** **$1,150,000.00**

---

2.19 **Shellpoint Mortgage Servicing**
Creditor's Name

**PO Box 740039**
**Cincinnati, OH 45274-0039**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0816**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**3673 Wings Way, Sacramento CA 95660**
**APN: 218-0271-006-0000**
**Single Family Residence**

**Describe the lien**
**First Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$165,000.00** **$425,000.00**

2.20 **Shellpoint Mortgage Servicing**
Creditor's Name

**PO Box 740039**
**Cincinnati, OH 45274-0039**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0816**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2316 Ray Street, Sacramento CA 95660**
**APN: 277-0121-013-0000**
**Single Family Residence**

**Describe the lien**
**First Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$225,000.00** **$500,000.00**

---

2.21 **Shellpoint Mortgage Servicing**
Creditor's Name

**PO Box 740039**
**Cincinnati, OH 45274-0039**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0816**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**8608 Cassieri Circle Sacramento CA 95828**
**APN: 650-250-044-0000**
**Single Family Residence**

**Describe the lien**
**First Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$280,000.00** **$575,000.00**

---

2.22 **Shellpoint Mortgage Servicing**
Creditor's Name

**PO Box 740039**
**Cincinnati, OH 45274-0039**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**
**7720 Telfer Way, Sacramento CA 95823**
**APN: 118-0201-003-0000**
**Single Family Residence**

**Describe the lien**
**First Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No

**$240,000.00** **$425,000.00**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0816**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.23 **Shellpoint Mortgage Servicing**
Creditor's Name

**PO Box 740039**
**Cincinnati, OH 45274-0039**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0816**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**5624 Manmar Way, Sacramento CA 95623**
**APN: 390-122-002-0000**
**Single Family Residence**

**$200,000.00** **$375,000.00**

**Describe the lien**
**First Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.24 **Shellpoint Mortgage Servicing**
Creditor's Name

**PO Box 740039**
**Cincinnati, OH 45274-0039**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0816**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**5352 Lancaster Rd, Lakeport, CA 95453**
**APN: 029-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**
**Single Family Residence**

**$197,000.00** **$350,000.00**

**Describe the lien**
**First Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.25 **Shellpoint Mortgage Servicing**

**Describe debtor's property that is subject to a lien**

**$285,600.00** **$475,000.00**

Debtor **BigTime Housing, LLC** Case number (if known) **2026-20848**
Name

Creditor's Name

**PO Box 740039**
**Cincinnati, OH 45274-0039**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0382**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**7763 Robinette Road, Sacramento CA 95828**
**APN: 115-0570-105-0000**
**Single Family Residence**

**Describe the lien**
**First Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.26 **Shellpoint Mortgage Servicing**
Creditor's Name

**PO Box 740039**
**Cincinnati, OH 45274-0039**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0382**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**6940 Flamingo Way, Sacramento CA 95828**
**APN: 510-282-004-0000**
**Single Family Residence**

**$268,000.00** **$425,000.00**

**Describe the lien**
**First Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.27 **Shellpoint Mortgage Servicing**
Creditor's Name

**PO Box 740039**
**Cincinnati, OH 45274-0039**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**7686 Tierra East Way, Sacramento CA 95828**
**APN: 430-252-002-0000**
**Single Family Residence**

**$284,000.00** **$435,000.00**

**Describe the lien**
**First Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

0382

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

2.28 **Shellpoint Mortgage Servicing**
Creditor's Name

**PO Box 740039**
**Cincinnati, OH 45274-0039**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
0382

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**8578 Fairmont Circle, Sacramento CA 95628**
**APN: 253-0273-008-0000**
**Single Family Residence**

**$300,000.00** **$500,000.00**

**Describe the lien**
First Deed of Trust

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

2.29 **Shellpoint Mortgage Servicing**
Creditor's Name

**PO Box 740039**
**Cincinnati, OH 45274-0039**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
0627

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**3157 Bridgeford Drive, Sacramento CA 95833**
**APN: 225-0307-002-0000**
**Single Family Residence**

**$280,000.00** **$550,000.00**

**Describe the lien**
First Deed of Trust

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

2.30 **Shellpoint Mortgage Servicing**

**Describe debtor's property that is subject to a lien**

**$240,000.00** **$435,000.00**

Debtor **BigTime Housing, LLC** Case number (if known) **2026-20848**
Name

Creditor's Name

**PO Box 740039**
**Cincinnati, OH 45274-0039**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0627**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**10828 Scotsman Way, Rancho Cordova, CA 95742**
**APN: 580-044-015-0000**
**Single Family Residence**

**Describe the lien**
**First Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.3 1 **Shellpoint Mortgage Servicing**
Creditor's Name

**PO Box 740039**
**Cincinnati, OH 45274-0039**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0627**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien** **$57,000.00** **$255,000.00**

**4532 Greenholme, Sacramento CA 95842**
**APN: 220-0352-009-0001**
**Condominium**

**Describe the lien**
**First Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.3 2 **The Bridge Loans, Inc.**
Creditor's Name

**Attn: An Officer**
**444 WEST OCEAN BLVD.**
**SUITE 1106**
**Long Beach, CA 90802**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien** **$600,000.00** **$3,000,000.00**

**9425 S Wales Way, Elk Grove, CA 95758**
**APN: 119-0181-004-0000**
**Single Family Residence**

A

**Describe the lien**
**Third Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No

Debtor **BigTime Housing, LLC** Case number (if known) **2026-20848**
Name

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.3 3 **United States Attorney**
Creditor's Name
**For U.S. Small Business Administration**
**501 I Street, Suite 10-100**
**Sacramento, CA 95814**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2020**
**Last 4 digits of account number**
**7806**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All personal property under section 697.530 of the CCP**

**$150,005.00** **$0.00**

**Describe the lien**
**UCC-1**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.3 4 **Wang Family Trust-Sherman Wang**
Creditor's Name

**PO Box 2184**
**Cupertino, CA 95015**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

**Describe debtor's property that is subject to a lien**
**9425 S Wales Way, Elk Grove, CA 95758**
**APN: 119-0181-004-0000**
**Single Family Residence**

**$150,000.00** **$3,000,000.00**

**Describe the lien**
**Second Deed of Trust**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

A

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$9,768,605.0**

Debtor **BigTime Housing, LLC**
Name

Case number (if known) **2026-20848**

| | |
|---|---|
| | **0** |

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name **BigTime Housing, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known) **2026-20848**

■ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **Andrelle Russell**<br>**7720 TELFER WAY**<br>**Sacramento, CA 95828** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,775.00** | **$2,775.00** |
| | Date or dates debt was incurred | Basis for the claim: **Rental deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | **Angela Harris**<br>**4532 Greenholme Drive**<br>**Sacramento, CA 95842** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,850.00** | **$3,850.00** |
| | Date or dates debt was incurred | Basis for the claim: **Rental deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **BigTime Housing, LLC** Case number (if known) **2026-20848**
Name

2.3 Priority creditor's name and mailing address
**Bridgette Williams**
**7401 Auburn Oaks Court**
**Citrus Heights, CA 95621**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,000.00** **$1,000.00**

Date or dates debt was incurred

Basis for the claim:
**Rental deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

2.4 Priority creditor's name and mailing address
**Bruce & Marjie Fields**
**8578 Fairmont Circle**
**Fair Oaks, CA 95628**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,785.00** **$2,785.00**

Date or dates debt was incurred

Basis for the claim:
**Rental deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

2.5 Priority creditor's name and mailing address
**Christina Cruz**
**7686 TIERRA EAST WAY**
**Sacramento, CA 95828**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,675.00** **$2,675.00**

Date or dates debt was incurred

Basis for the claim:
**Rental deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

2.6 Priority creditor's name and mailing address
**Deborah Figueroa**
**5352 LANCASTER Road**
**Lakeport, CA 95453**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,500.00** **$1,500.00**

Date or dates debt was incurred

Basis for the claim:
**Rental deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | | | |
|---|---|---|---|---|
| 2.7 | Priority creditor's name and mailing address<br>**Doina Bilauca**<br>**6852 Cunningham Way**<br>**Sacramento, CA 95828** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,500.00** | **$1,500.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Rental deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.8 | Priority creditor's name and mailing address<br>**Donelia Holiday**<br>**6940 Flamingo Way**<br>**Sacramento, CA 95828** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,850.00** | **$2,850.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Rental deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.9 | Priority creditor's name and mailing address<br>**Ducia Watson**<br>**11739 KOUROS Way**<br>**Rancho Cordova, CA 95742** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7,000.00** | **$7,000.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Rental deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.10 | Priority creditor's name and mailing address<br>**Elaine Breitzke**<br>**5860 Wallace Avenue**<br>**Sacramento, CA 95824** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$750.00** | **$750.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Rental deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

2.11 Priority creditor's name and mailing address
**Erasmos Manjolo and Linda Truwa**
**8578 Fairmont Circle**
**Fair Oaks, CA 95628**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,850.00** **$2,850.00**

Date or dates debt was incurred

Basis for the claim:
**Rental deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.12 Priority creditor's name and mailing address
**Franchise Tax Board**
**Bankruptcy Section**
**P.O. Box 2952 MSA - 340**
**Sacramento, CA 95812**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

2.13 Priority creditor's name and mailing address
**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

2.14 Priority creditor's name and mailing address
**Jessica Herrera**
**5624 MANMAR Way**
**Sacramento, CA 95823**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,300.00** **$2,300.00**

Date or dates debt was incurred

Basis for the claim:
**Rental deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | | |
|---|---|---|---|---|
| 2.15 | Priority creditor's name and mailing address<br>**Lotini & Tautala Malimali**<br>**2316 RAY STREET**<br>**Sacramento, CA 95815** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,250.00** | **$3,250.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Rental deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.16 | Priority creditor's name and mailing address<br>**Michael Rushdan**<br>**3065 Montgomery Way**<br>**Sacramento, CA 95817** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,200.00** | **$6,200.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Rental deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.17 | Priority creditor's name and mailing address<br>**Mona Isaac**<br>**3060 31st Street**<br>**Sacramento, CA 95817** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,250.00** | **$3,250.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Rental deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.18 | Priority creditor's name and mailing address<br>**Mone Isaac**<br>**3702 M.L.K. Jr Blvd**<br>**Sacramento, CA 95820** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,000.00** | **$5,000.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Rental deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

2.19 Priority creditor's name and mailing address
**Omar Magana**
**5826 42nd Street**
**Sacramento, CA 95824**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$5,500.00** **$5,500.00**

Date or dates debt was incurred

Basis for the claim:
**Rental deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

2.20 Priority creditor's name and mailing address
**Robert Flores and Vida Lovato**
**5830 42nd Street**
**Sacramento, CA 95824**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,850.00** **$2,850.00**

Date or dates debt was incurred

Basis for the claim:
**Rental deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

2.21 Priority creditor's name and mailing address
**Scott Peebles**
**3628 Ripley Street**
**Sacramento, CA 95838**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,100.00** **$2,100.00**

Date or dates debt was incurred

Basis for the claim:
**Rental deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

2.22 Priority creditor's name and mailing address
**Secret Valdovinos**
**4141 Big Meadow Way**
**Citrus Heights, CA 95621**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,000.00** **$1,000.00**

Date or dates debt was incurred

Basis for the claim:
**Rental deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **BigTime Housing, LLC** Case number (if known) **2026-20848**
Name

| | | | | |
|---|---|---|---|---|
| 2.23 | Priority creditor's name and mailing address<br>**Susanville R. E.**<br>**615 WILLOW STREET**<br>**Susanville, CA 96130** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,550.00** | **$1,550.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Rental deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.24 | Priority creditor's name and mailing address<br>**Tatyana Sibareva**<br>**5860 Wallace Avenue**<br>**Sacramento, CA 95824** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,650.00** | **$1,650.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Rental deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.25 | Priority creditor's name and mailing address<br>**Taza Gul Pashai**<br>**7763 ROBINETTE ROAD**<br>**Sacramento, CA 95828** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,300.00** | **$5,300.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Rental deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.26 | Priority creditor's name and mailing address<br>**Troy Lillich**<br>**9425 S Wales Way**<br>**Elk Grove, CA 95758** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7,500.00** | **$7,500.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Rental deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **BigTime Housing, LLC** Case number (if known) **2026-20848**
Name

| | | | |
|---|---|---|---|
| 2.27 Priority creditor's name and mailing address<br>**Tyrone Hopskins**<br>**6585 RANCHO PICO WAY**<br>**Sacramento, CA 95828** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,800.00** | **$5,800.00** |
| Date or dates debt was incurred | Basis for the claim:<br>**Rental deposit** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 **Nonpriority creditor's name and mailing address**<br>**City of Sacramento Utilities**<br>**1395 35th Ave**<br>**Sacramento, CA 95822**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Unpaid utlities on various properties**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown**<br>A |
| 3.2 **Nonpriority creditor's name and mailing address**<br>**Consolidated Utilities Billing & Service**<br>**10481 Armstrong Avenue, Suite 100**<br>**Mather, CA 95655**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Unpaid utlities on various properties**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown**<br>A |
| 3.3 **Nonpriority creditor's name and mailing address**<br>**Scott Sackett**<br>**Fiduciary Management Technologies, Inc.**<br>**4030 South Land Park Drive, Ste C**<br>**Sacramento, CA 95822**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Potenial fees related to services rendered in dismissed sub-v chapter 11 case, 26-20091**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

## Part 3: List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ **82,785.00** |
| **5b. Total claims from Part 2** | 5b. + | $ **0.00** |

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c. $ **82,785.00**